UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Leo Watson Jr<br>    Geneva M Watson<br>          Debtor(s) | Case No. 08 B 20823 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/08/2008.

2) The plan was confirmed on 01/07/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 11/27/2013.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $101,493.85.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $36,570.10 |
| Less amount refunded to debtor | $670.08 |

**NET RECEIPTS:** $35,900.02

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,199.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,877.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,076.27

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| Allied Credit | Unsecured | 2,665.00 | NA | NA | 0.00 | 0.00 |
| Allied International Credit | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| American Recovery System | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,230.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | NA | 10,117.59 | 10,117.59 | 2,655.23 | 0.00 |
| Armor Systems Corporation | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,253.00 | 1,253.52 | 1,253.52 | 328.97 | 0.00 |
| Calumet City Water Dept | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA NA | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Chicago Magazine | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Chicago Sun Times | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 7,639.00 | 7,638.28 | 7,638.28 | 2,004.57 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 4,650.00 | 4,650.00 | 4,650.00 | 1,220.34 | 0.00 |
| Client Collection Services Inc | Unsecured | 1,404.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Columbia House | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Service | Unsecured | 1,163.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Cross Country Bank | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 1,254.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 826.00 | 826.85 | 826.85 | 217.00 | 0.00 |
| Enhanced Recovery | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 1,525.00 | 1,525.00 | 1,525.00 | 400.22 | 0.00 |
| Harris & Harris | Unsecured | 2,025.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Collection Service | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 900.00 | 776.45 | 776.45 | 203.77 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 16,925.92 | 16,925.92 | 16,925.92 | 4,441.99 | 0.00 |
| Indiana Child Support Bureau | Priority | 18,735.00 | NA | NA | 0.00 | 0.00 |
| Indiana Child Support Bureau | Unsecured | 18,735.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,390.00 | 5,339.75 | 5,339.75 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 3,729.72 | 3,729.72 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 84.37 | 84.37 | 22.14 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 199.00 | 153.68 | 153.68 | 40.33 | 0.00 |
| LA Fitness | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| NDC Check Services | Unsecured | 1,525.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 386.00 | 350.68 | 350.68 | 92.03 | 0.00 |
| Pay Day Loan Store Of Illinois | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Associates | Unsecured | 5,620.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,055.00 | 2,055.62 | 2,055.62 | 539.47 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 132.00 | 132.28 | 132.28 | 34.72 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 624.02 | 624.02 | 163.77 | 0.00 |
| Prime Co | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 250.00 | 250.00 | 65.61 | 0.00 |
| RMI/MCSI | Unsecured | 250.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | NA | 767.13 | 767.13 | 201.33 | 0.00 |
| Santander Consumer USA | Secured | 15,619.00 | 16,386.13 | 15,619.00 | 15,619.00 | 1,379.15 |
| Senex Services Corp | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 500.00 | 1,239.34 | 1,239.34 | 325.25 | 0.00 |
| SRA | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 476.45 | 476.45 | 476.45 | 125.04 | 0.00 |
| TCF Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| TF North High School | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| Town Of Normal | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collection | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 7,000.00 | 2,834.29 | 2,834.29 | 743.82 | 0.00 |
| Van Ru Credit Corporation | Unsecured | 9,357.26 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Will County Treasurer | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| WOW Internet & Cable | Unsecured | 1,165.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $15,619.00 | $15,619.00 | $1,379.15 |
| **TOTAL SECURED:** | **$15,619.00** | **$15,619.00** | **$1,379.15** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $5,339.75 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,339.75** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$57,161.19** | **$13,825.60** | **$0.00** |

| Disbursements: | |
|---|---|
|    Expenses of Administration | $5,076.27 |
|    Disbursements to Creditors | $30,823.75 |
| **TOTAL DISBURSEMENTS :** | **$35,900.02** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/24/2014          By: /s/ Marilyn O. Marshall
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**